UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------

UNITED STATES OF AMERICA,

       v.                                                               3:05-CR-073

PETER JOHN DE MOTT,
CLARE THERESE GRADY
DANIEL JOSEPH BURNS,
TERESA BERRIGAN GRADY,

                              Defendants.

-------------------------------

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Defendants have requested to present a written questionnaire to the proposed jurors to assist in voir dire. Defendants submitted the written questionnaire to the Court for review. Upon due consideration, the Court DENIES Defendants' request to submit written questions to the jury. Some of those same questions may be presented orally during the jury selection process. The Court has marked up a copy of the questionnaire provided to the Court and indicated which questions would not be permitted to be presented to the proposed jurors. A copy of the marked-up questionnaire is attached hereto.

IT IS SO ORDERED.

Dated:   September 13, 2005

                                                                                   *Thomas J. McAvoy*
                                                                              Thomas J. McAvoy
                                                                              Senior, U.S. District Judge

**United States District Court**
**For the District of New York**

3:05 CR 73

To Prospective Jurors:

You are a potential juror in the case of **UNITED STATES V. PETER DE MOTT, CLARE GRADY, DANIEL BURNS AND TERESA GRADY.** Instead of being asked to answer these questions in open court in front of other jurors, you are given more privacy by answering this confidential questionnaire. Please answer all of the questions as completely and honestly as you can.

Your complete written answers will save time for the judge, for the lawyers and for you in the jury selection process. The information on this questionnaire will not be used for any purpose other than the selection of a jury in this case. The information contained in this questionnaire will become part of the permanent record of this case. It will not be distributed to anyone other than the judge and the attorneys.

Remember that you are under oath. Please answer **all** of the questions as **completely** and **honestly** as you can. As you answer the questions, please keep in mind that there are no "right" or "wrong" answers. Just read each question carefully and give an honest answer.

You must not discuss your answers with any of the other jurors. If you need help completing the questionnaire, ask the court clerk for assistance.

If you want to make any additional comments, please write them on the bottom of the page or on the extra page provided at the end of this questionnaire.

Remember to print your name at the top of each page. If you need help, ask one of the clerks for assistance. Thank you for your cooperation.

SUBMITTED BY DEFTS.

Page 1

**JUROR QUESTIONNAIRE**                             Juror # _____

1.  Name: _____

2.  Are you  ☐ Male or ☐ Female?        Age: _____

3.  What is your race and ethnic background? _____

4.  Do you know anyone else on this jury panel?  ☐ Yes    No ☐

5.  Do you live in a    ☐ city    ☐ small town    ☐ rural area

6.  What is the city or town you live in or closest to? _____

    How long have you lived at your current address? _____

    Where did you grow up? _____

    Where else have you lived? _____

7.  What is your current job status?

    ☐ Employed full-time for _____ years     ☐ Retired for _____ years
    ☐ Employed part-time for _____ years     ☐ Disabled for _____ years
    ☐ Not currently employed                 ☐ A homemaker for _____ years
    ☐ Unemployed for _____ years

    IF YOU HAVE **EVER** BEEN EMPLOYED, ANSWER **QUESTION 9** FOR YOUR CURRENT JOB OR THE LAST JOB YOU HELD.

8.  What is (was) your occupation? _____

    How long have you been (were you) employed at this job? _____

    Please describe what you do on your job?. _____

    _____

    _____

    Who is (was) your employer? _____

9. Whether or not you are currently employed, please complete the following information for previous jobs and employers:

**Years   Job Title or Kind of Work    Employer                              Reason for leaving**

_____

_____

_____

10. Have you **ever had** supervisory or management responsibilities at any job?   ☐ Yes   No ☐

**IF YES,** please state when you had these responsibilities and describe them, including the number of people supervise(d) and the work they were doing:

_____

_____

11. What is the last level of education you completed?

   ☐ Less than high school            ☐ Community or 2 year college graduate
   ☐ High school graduate             ☐ Four year college graduate
   ☐ Technical or business school     ☐ Post graduate work
   ☐ Some college

12. If more than high school, please list any vocational or technical schools or colleges you have attended, dates of attendance, major areas of study, and any degrees or certificates, if any, that you have received.

_____

_____

13. What were your parents' occupations:

Father: _____

Mother: _____

14. Are you: (Check all that apply)

   ☐ Single, never married
   ☐ Single, living with someone for _____ years
   ☐ Married for _____ years
   ☐ Divorced/separated for _____ years
   ☐ Widowed, for _____ years
   ☐ Other:

Page 3

15. If you are presently married or living with a partner, or were married within the last five years, what is the last level of schooling your spouse or partner completed?

    ☐ Less than high school ☐ Some college
    ☐ High school graduate ☐ Community or 2 year college graduate
    ☐ Technical/business school ☐ Four year college graduate
    ☐ Post graduate work

16. Describe your spouse's or partner's present or last occupation including employer and length of time on the job:

17. *[N/A]* Religious preference: _____

    _____

18. *[N/A]* Name and location of church, temple, mosque or other religious organization:

    _____

19. *[N/A]* Past or present church offices held, if any: _____

20. *[N/A]* Are you (check one) active _____, moderately active _____, or inactive _____, in your church, temple, mosque or other religious organization?

21. *[Yes]* Is there anything about your religious beliefs that would affect your ability to serve as a fair and impartial juror?  ☐ Yes   No ☐

IF YES, please explain. _____

_____

22. *[N/A]* Do you volunteer or contribute financially to any charitable organization? (If so, please describe.)

    _____

23. *[Yes]* Do you have any children or stepchildren?  ☐ Yes   No ☐ *[No]*

| Age | Gender | Occupation or School | | Town of Residence |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 4

24. Have you ever been a:

| | | |
|---|---|---|
| victim of a crime | ☐ Yes | No ☐ |
| witness to a crime | ☐ Yes | No ☐ |
| witness in court | ☐ Yes | No ☐ |
| charged with a crime | ☐ Yes | No ☐ |
| convicted of a crime | ☐ Yes | No ☐ |

*Yes* [handwritten]

**IF YES**, please explain whether this was yourself, a relative or friend, and what happened **for each occurrence**:

_____

_____

_____

_____

25. Have you or any close friends or relatives ever been employed by or otherwise affiliated with **any law enforcement agency** or organization **as an employee or volunteer?** (This could include, for example, police, sheriff, state trooper, prison guard, customs agent, INS, FBI, IRS agent, probation department, U.S. Attorney's office.)     ☐ Yes    No ☐

*Yes* [handwritten]

**IF YES**, please list:

| NAME (friend, son, etc.) | RELATIONSHIP | POSITION | AGENCY | YEARS |
|---|---|---|---|---|
| | | | | |
| | | | | |

*Yes* [handwritten]

26. Have you, your spouse, former spouse, or significant other, had any-legal training?  ☐ Yes   No ☐

**IF YES**, please explain. _____

*Yes* [handwritten]

27. Have you or anyone close to you ever been employed in a law office?  ☐ Yes   No ☐

**IF YES, is this:**   ☐ yourself   ☐ spouse   ☐ child   ☐ family member   ☐ friend

Please list the person's relationship to you, job duties, the law firm and when this was:

_____

_____

28.  Have you ever served as a juror or grand juror?  ☐ Yes    No ☐

IF YES, please list the year(s) in which you served and the case type.

Year _ye___ Type of Case                    Was There a Verdict?

_____

_____

_____

29.  Were you ever the foreperson?       ☐ Yes    No ☐

30.  Was there anything in your prior jury experience that either upset or agitated you to the extent that jury service was an unsatisfactory experience?  ☐ Yes    No ☐

IF YES, please explain: _____

_____

31. _no_ Would you describe yourself more as a follower or a leader?    ☐ Follower    ☐ Leader

a. what type of situation are you more likely to be a leader? _____

_____

b. what type of situation are your more likely to be a follower? _____

_____

32.  Are you a member of any clubs or organizations such as: veterans groups, service clubs, professional organizations, volunteer groups, educational, ~~religious or political~~ groups.

☐ Yes    No ☐

IF YES, please list the name(s) of the organization(s) and describe your involvement.

_____

_____

33. _yes_ Is anyone you know a member of a veteran's organization?  ☐ Yes    No ☐

IF YES, is this:    ☐ yourself    ☐ spouse    ☐ child    ☐ family member    ☐ friend

34. _no_ Do you think people who did sit-ins at lunch counters in the South should have been found guilty of a crime?   ☐ Yes    No ☐    No opinion ☐

Page 6

35. When slavery was legal, local churches were part of the underground railroad, which helped fugitive slaves escape to Canada. Were they guilty of a crime?
   No☑ ☐ Yes    No ☐    No opinion ☐

Please explain:
_____
_____

36. No☑ Were you aware that local juries refused to convict people accused of aiding escaping slaves?
   ☐ Yes    No ☐

37. No☑ Do you think that the American colonists had the right to dump British tea into the Boston Harbor?
   ☐ Yes    No ☐    No opinion ☐

38. No☑ Are you aware that it was once illegal for women to vote in this country, and that due to nonviolent acts of resistance by women, those laws were repealed and women gained the right to vote?
   ☐ Yes    No ☐

39. No☑ Many local communities have faced and/or are facing a budget crisis? Is that true of your community?
   ☐ Yes    No ☐    Don't know ☐

IF YES, what do you think is the cause of this?
_____ No☑ _____
_____

40. ☑ *On the heart* ~~For over a hundred years,~~ anti-war protests have been occurring at military recruiting stations? Are you aware of this?    ☐ Yes    No ☐
   No☑

IF YES, please describe your feelings about those protests:
_____
_____

What is your opinion about those protests:  *No duplicate 40*
_____
_____

Page 7

41a.  Are you or any relatives or friends currently in the military or reserves?  ☐ Yes   No ☐   *OK*

**IF YES, is this:**    ☐ yourself    ☐ spouse    ☐ child    ☐ family member    ☐ friend

What branch? _____

For how long? _____

Where are you/he/she stationed? _no_____

What was the job you/he/she had? _no_____

Were you/he/she in military police: _yes_____

Were you/he/she drafted or did you/he/she enlist? _no_____

Ever serve on a summary, general, or special court martial?  *yes* ☐ Yes   No ☐

What was the nature or type of charges? _____

_____  *compl*

41b.  Have you or anyone in your immediate family served in the military in the past?
     ☐ Yes   No ☐

**IF YES, is this:**    ☐ yourself    ☐ spouse    ☐ child    ☐ family member    ☐ friend

What branch? _____

In what years? _____

Where were you/he/she stationed? _no_____

What was the job you/he/she had? _no_____

Were you/he/she in military police: _yes_____

Were you/he/she drafted or did you/he/she enlist? _no_____

Ever serve on a summary, general, or special court martial?  ☐ Yes   No ☐   *yes*

What was the nature or type of charges? _____

_____

42a.  *yes*  Has anyone in your family ever been injured or killed in military service? ☐ Yes   No ☐

42b. Has anyone in your family or anyone you know been contaminated with depleted uranium, suffered from Gulf War Syndrome, been exposed to Agent Orange, or suffer from post traumatic stress syndrome as a result of their service in the military?  ☐ Yes    No ☐

IF YES, What relationship do you have with that person?

_____

43. Have you ever had any regular contact in your business or personal affairs with the U.S. Military?    ☐ Yes    No ☐

IF YES, please explain.

_____

_____

44. Have you or anyone close to you been employed by a business involved in manufacturing weapons, armored vehicles or other war or military related equipment?  ☐ Yes    No ☐

IF YES, is this:    ☐ yourself    ☐ spouse    ☐ child    ☐ family member    ☐ friend

Please explain and describe the business:

_____

_____

45. Would you tend to believe the word of a police officer over a civilian witness if there was a dispute in their testimony?    ☐ Yes    No ☐

46. Would you tend to believe or rely on the testimony of someone in the military over the testimony of a civilian witness if there was a dispute in their testimony?    ☐ Yes    No ☐

Please explain:

_____

_____

Page 9

47. What is your general feeling about the honesty and integrity of the following people. Please circle the number that matches your feeling.

*OK different for [illegible handwriting]*

|  | Very honest | Somewhat honest | Not very honest | Very dishonest | No opinion |
|---|---|---|---|---|---|
| Judges | 4 | 3 | 2 | 1 | 0 |
| Prosecutors | 4 | 3 | 2 | 1 | 0 |
| Military officers | 4 | 3 | 2 | 1 | 0 |
| Defendants | 4 | 3 | 2 | 1 | 0 |
| Law enforcement officers | 4 | 3 | 2 | 1 | 0 |

48. What kind of vehicle do you drive? _no_____

49. What kind of vehicle does your spouse drive? _no_____

50. How often do you watch television?

    ☐ Every day
    ☐ 3-4 times a week     *no*
    ☐ Once a week
    ☐ Less than once a week
    ☐ Never

51. List your three favorite television shows:

    1. _____
    2. _____ *no* _____
    3. _____

52. List the most recent DVDs or videos you rented:

    1. _____
    2. _____ *no* _____
    3. _____

Page 10

53.   List any bumper stickers or decals that are affixed to your automobile:

   1. _OU - you_

   2. _____

   3. _____

54.   Do you enjoy reading? ☐ Yes   No ☐   *no*

IF YES, what authors and types of books do you tend to read?  *no*

_____

What was the last book you read?  *no*

What was it about?  *no*

_____

55.   Are you currently reading a book? ☐ Yes   No ☐  *no*

IF YES, what are you reading?  *no*

56.   What newspapers or magazines do you subscribe to?  *no*

   1. _____

   2. _____

   3. _____

57.   What sections of the newspapers do you read first?  *no*

   What sections do you read most often? _____

58.   If you use the internet, what sites do you visit most frequently?  *no*

   1. _____

   2. _____

   3. _____

59. Are you:

    ☐ Democrat
    ☐ Republican
    ☐ Independent         *no*
    ☐ Other, please specify:_____

60. When was the last time you voted in an election? *no* _____

61. Have you or your spouse ever worked on a political campaign either for the election of a candidate or for an interest group interested in matters affecting social justice?  ☐ Yes    No ☐    *no*

**IF YES, please describe.**

_____
_____

62. Have you ever held or sought political office?

    Held political office          ☐ Yes    No ☐  *no*

    Sought political office        ☐ Yes    No ☐  *no*

    What political office: _____

    When held or sought: _____

63. *you* If you had to decide this case right now, to find us innocent or guilty at this very moment, what would your verdict be? _____

64. *no* Do you think that, based on the fact that the defendants admit pouring their own blood at the recruiting center, that they are guilty?  ☐ Yes    No ☐

65. On a scale of 1 to 10, with 1 being the least upset and 10 being the most upset, how would you rate your *no* response to the news that we are;

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sending troops to another country? | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Bombing another country? | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Causing death and injury to civilians in other countries? | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Unable to provide enough National Guard Troops for Hurricane Katrina because they are in Iraq? | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

66. *no* What does the term "conspiracy" mean to you?
_____
_____

67. *no* Do you think it is possible for people to get together to accomplish positive things? ☐ Yes   No ☐

68. *no* Do you believe our government always strives to act for the best interests of the people? ☐ Yes   No ☐

69. *no* What are the things about this country that you are most proud of?

   1. _____

   2. _____

   3. _____

70. *no* Is holding government leaders accountable important? ☐ Yes   No ☐

71. *no* Do you know anyone who was a victim in the attack on 9/11/2001? ☐ Yes   No ☐

72. *no* Do you think that democracy is strengthened or weakened when:

a. Citizens seek to change policies which they learn are harming others.   ☐ strengthened
                                                                            ☐ weakened

b. We have a strong military?                                               ☐ strengthened
                                                                            ☐ weakened

73. *no* Do you feel it is wrong to speak out against, or take action to protest, US military operations?
   ☐ Yes   No ☐

Please explain:
_____
_____

74. *no* Have you ever heard the term "civil disobedience? ☐ Yes   No ☐

IF YES, what does that term mean to you?   *no*
_____
_____

75. How do you feel about people who use civil disobedience as a way of changing national policies?

*no*

76. Have you ever been negatively affected by a demonstration, strike or political protest of any kind? ☐ Yes   No ☐   *yes*

IF YES, please describe:

77. *or yes* Have you or someone close to you ever had a strike or protest directed against you, your employer, or an organization you belong to? ☐ Yes   No ☐

IF YES, is this:   ☐ yourself   ☐ spouse   ☐ child   ☐ family member   ☐ friend

Please explain:

78. *no* Do you think there should be stricter legal controls placed on political protests and protesters?
☐ Yes   No ☐

IF YES, please describe

79. *no* Some people feel that the role of the military is so important that it is wrong to protest their activities. Do you agree or disagree that it is wrong to protest against the military?
☐ Agree   Disagree ☐

IF YOU AGREE, please explain

80. *no* Do you believe that protests against the U.S. military have an adverse affect on those who are currently serving in the military?   ☐ Yes   No ☐

Please explain:

81. Do you believe that anyone who participates in nonviolent action at a military site should be punished, no matter what their intent?     ☐ Yes    No ☐

Please explain: *no*

_____

_____

82. *yes* Have you ever heard about anti-war protests occurring at military recruiting stations? ☐ Yes    No ☐

**IF YES**, please describe your feelings about those protests

_____

_____

83. *yes* What is your opinion about those protests?

_____

_____

84. *no* Are the people of the United States safer because troops are in Iraq?     ☐ Yes    No ☐

Please explain:

_____

_____

85. *no* Do you believe that putting any limitations on US military operations creates a threat to the security of the United States? ☐ Yes    No ☐

Please explain:

_____

_____

86. *no* Do you believe that United States military programs should **not** be subject to any control or limits imposed by international law? ☐ Yes    No ☐

Please explain:

_____

_____

87. *no* Have you have seen or heard of a demonstration or act of protest that you believe "went too far"?     ☐ Yes    No ☐

Please explain:

_____

_____

88.   Do you believe that going onto military sites to protest is never justified?   ☐ Yes   No ☐

Please explain:

_____

_____

89.   Would you be able to consider, with an open mind, whether there was a legal justification for entering government property?   ☐ Yes   No ☐

90a.  Have you or has anyone close to you ever been self-employed or owned a business?
   ☐ Yes   No ☐

IF YES, is this:   ☐ yourself   ☐ spouse   ☐ child   ☐ family member   ☐ friend

Please describe the business

_____

_____

90b.   Is the business still operating?   ☐ Yes   No ☐

IF NO, why not?

_____

_____

90c.   Is (was) it a positive experience?   ☐ Yes   No ☐

Why or Why not?

_____

_____

91.   In cases involving criminal accusations, the law states that a criminal defendant is presumed innocent unless the prosecutor proves beyond a reasonable doubt that the defendant is guilty of each and every element of the charges.  Do you agree?  ☐ Yes   No ☐

92.   In criminal cases, the defendants and their lawyers do not have to prove anything. The defense does not have to present any witnesses and the defendant does not have to testify. Do you think the law concerning the burden of proof should be changed to require the defendant to prove his/her innocence?
   ☐ Yes   No ☐   No opinion ☐

~~Please explain:~~

_____

_____

*[Handwritten at top: Something the charge may require]*

93. ~~The most serious charge~~ in this case ~~requires~~ the prosecution to prove that the defendants had a specific ~~purpose~~ when they went to the recruiting center. Will you listen to and consider the ~~specific~~ purpose of the defendants? ☐ Yes    No ☐   *[handwritten: that is motor or intent]* *[handwritten: evidence about such intent or]*

94. Have you ever read or heard about the St. Patrick's Four, a group of parents that protested the invasion of Iraq by non-violent resistance at a military recruiting center in Ithaca, New York just before the war in Iraq? ☐ Yes    No ☐

**IF YES**, what have you read or heard?

_____

_____

95. Based on what you have read or heard about the St. Patrick's Four, what is your impression about their tactics?

_____

_____

96. Reading from the indictment, the defendants in this case, Peter De Mott, Clare Grady, Daniel Burns and Teresa Grady, who have been called the "St. Patrick's Four", are charged with conspiracy to impede an officer of the United States and damage to government property for entering a US Military Recruiting Station and protesting by laying on the floor, refusing to leave the premises, and later returning and spattering a substance believed to be blood inside the Recruiting Station. The defendants have pled not guilty to these charges. Based on what you know about this case, do you have any opinions or feelings that might make it difficult for you to be an impartial juror in this case?   ☐ Yes    No ☐

Please explain:

_____

_____

97a. The defendants in this case are pro se, meaning they selected their constitutional right to represent themselves. ~~What do you think about that?~~

_____

_____

97b. Would this affect your ability to act as a fair and impartial juror?   ☐ Yes    No ☐

97c. Are you able to give the defendants questioning of witnesses and their presentation as much respect and attention as the prosecutors?   ☐ Yes    No ☐

Page 17

98.   Is there any reason you know of why you should not serve as a juror in this case?  ☐ Yes    No ☐

IF YES, please explain _____

_____

99.   The trial of this case is expected to last __4 days__. Would service on this case create any serious hardship for you?    ☐ Yes    No ☐

IF YES, please explain _____

_____

100.  Do you have any physical illnesses, disabilities, personal or family responsibilities or other problems that would make it difficult for you to sit as a juror?    ☐ Yes    No ☐

IF YES, please explain _____

_____

101.  Is there anything else that you think the court should know about you in deciding whether or not you should serve as a juror in this case?   ☐ Yes    No ☐

IF YES, please explain _____

_____

102.  Do you know anyone who works in this federal courthouse?  ☐ Yes    No ☐

103.  Do you or anyone you are close to **know or do business or have any other kind of social or personal connection** with any of the following people, law offices or businesses?

|  | No Connection | Have heard of | Know or have met | Know someone with a connection |
|---|---|---|---|---|
| Kevin Dooley |  |  |  |  |
| Rachon Montgomery |  |  |  |  |
| Stephen Marean |  |  |  |  |
| Richard Preston |  |  |  |  |

Page 18

| | | | | |
|---|---|---|---|---|
| Miroslav Lovric | | | | |
| Tom Walsh | | | | |
| Thomas J. McAvoy | | | | |
| | | | | |
| | | | | |

For each person or business which you or someone you know has a connection with, please explain below:

Name _____

Name _____

Name _____

Name _____

Name _____

104. Is there any subject that you would not want to discuss in front of the other jurors in open court, either concerning the issues in this case or based on questions in the questionnaire?   ☐ Yes   No ☐

Subject or question #:

_____

_____

105. List two men and two women who are publicly known, whom you most respect:

Men:                                                      Women:

1. _____              1. _____

2. _____              2. _____

**I affirm, under penalty of perjury, that I have given complete and honest answers to all of the questions above to the best of my knowledge.**

JUROR SIGNATURE _____

JUROR NAME (Please print) _____

Page 19